ACTION BY CHARLIE PICKLESIMER'S    ADMINISTRATOR
        AGAINST THE CHESAPEAKE & OHIO RAILWAY
        COMPANY.

## Chesapeake & Ohio Ry. Co.v. Picklesimer's Admr.

Appeal from Boyd Circuit Court.

From a judgment for plaintiff, defendant appeals.
—Affirmed.

WORTHINGTON, COCHRAN & BROWNING for appellant.

DINKLE & PRITCHARD for appellee,·

OPINION OF THE COURT BY JUDGE SETTLE—Affirming.

This case is a companion to that of Chesa-
peake & Ohio Railway Company v. Wardie Patrick,
by, etc., 122 S. W. 820, the opinion in which
was this day handed down.   The questions of law and
fact in the two cases are the same, except that the
collision with appellant's train only resulted in great
bodily injury to Patrick, whereas appellee's intestate
was killed.   The opinion in the Patrick Case, supra,
being conclusive of this case, an opinion herein, con-
taining a further elaboration of our views upon the
questions involved, is deemed unnecessary.

Wherefore the judgment in this case is also affirmed.